1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEWAYNE RICHARDSON,

11              Plaintiff,                    No. CIV S-04-0393 MCE GGH P

12        vs.

13   D.L. RUNNELS, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff has filed a document entitled "motion for discovery."  Plaintiff's motion

17   for discovery is actually a request for production of documents.  Plaintiff is informed that court

18   permission is not necessary for discovery requests and that neither discovery requests served on

19   an opposing party nor that party's responses should be filed until such time as a party becomes

20   dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil

21   Procedure.  Discovery requests between the parties shall not be filed with the court unless, and

22   until, they are at issue.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 15, 2005 request

24   for production of documents, mis-characterized as a motion, is denied.  Plaintiff is cautioned that

25   further filing of discovery requests or responses, except as required by rule of court, may result in

26   \\\\\

1

1   an order of sanctions, including, but not limited to, a recommendation that this action be

2   dismissed.

3   DATED:   9/19/05

4

5                                                      /s/ Gregory G. Hollows

6                                                      GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

7   GGH:009/bb
    rich0393.411

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26