IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE RICHARDSON,

      Plaintiff,                  No. CIV S-04-0393 MCE GGH P

    vs.

D.L. RUNNELS, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On September 20, 2005, the court directed the King Hall Civil Rights Clinic to inform the court within thirty days whether it would accept representation of plaintiff. Thirty days passed and the Clinic did not respond to the September 20, 2005, order.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall proceed pro se. The Clerk of the Court shall serve this order on the King Hall Civil Rights Clinic.

DATED: 12/7/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rich393.osc

1