IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEWAYNE MCGEE RICHARDSON,** | NO. CIV S-04-0393 EJG GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTION** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

The Court has considered Defendants' Request for Extension of Time to extend the parties' time to file pretrial motions 45 days from December 16, 2005, to January 30, 2006, and finds good cause for the request. The time for filing dispositive motions is extended to January 30, 2006. All other dates set in the scheduling order are unchanged.

DATED: 12/21/05

/s/ Gregory G. Hollows

**UNITED STATES MAGISTRATE JUDGE**

rich0393.po

[Proposed] Order Granting Defendants' First Request for Extension of Time to File Pretrial Motion

1