1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10          SACRAMENTO DIVISION

11

12

13    **DEWAYNE MCGEE RICHARDSON,**                NO. CIV S-04-0393 EJG GGH P

14                          Plaintiff,             **ORDER GRANTING**
                                                   **DEFENDANTS' SECOND REQUEST**
15         **v.**                                  **FOR EXTENSION OF TIME TO**
                                                   **FILE PRETRIAL MOTION**
16    **D.L. RUNNELS, et al.,**

17                          Defendants.

18

19          The Court has considered Defendants' Request for Extension of Time to extend the

20    parties' time to file pretrial motions 30 days from January 30, 2006, to March 1, 2006, and finds

21    good cause for the request.  The time for filing dispositive motions is extended to March 1, 2006.

22    All other dates set in the scheduling order are unchanged. **

23    DATED: 2/3/06

24                                    /s/ Gregory G. Hollows

25                                    _____
                                      **GREGORY G. HOLLOWS**
26                                    **UNITED STATES MAGISTRATE JUDGE**

27    ** NO FURTHER EXTENSIONS.

28