IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEWAYNE MCGEE RICHARDSON,**<br><br>Plaintiff,<br><br>v.<br><br>**D.L. RUNNELS, et al.,**<br><br>Defendants. | NO. CIV S-04-0393 EJG GGH P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE SCHEDULING ORDER** |

Good cause appearing, Defendants motion to vacate the scheduling order is granted. The current scheduling order as issued on July 18, 2005 is hereby vacated.

Dated: 5/10/06                                         /s/ Gregory G. Hollows

————————————————
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rich0393.po2