IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE McGEE RICHARDSON,

    Plaintiff,                       No. CIV S-04-0393 MCE GGH P

   vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

      On March 1, 2006, defendants filed a summary judgment motion. Plaintiff did not file an opposition. Accordingly, on June 26, 2006, the court recommended that defendants' motion be granted. On July 10, 2006, plaintiff filed objections to the findings and recommendations.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The June 26, 2006, findings and recommendations are vacated;

      2. Plaintiff is granted thirty days from the date of this order to file an opposition to defendants' motion for summary judgment.

DATED: 8/23/06

                              /s/ Gregory G. Hollows

                              _____
rich393.vac                     GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE