1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DEWAYNE MCGEE RICHARDSON,

11            Plaintiff,                  No. CIV S-04-0393 DFL GGH P

12        vs.

13  R.L. RUNNELS, et al.,

14            Defendants.             ORDER

15  _____/

16            On March 15, 2007, plaintiff filed a request for a thirty day extension of time to

17  file objections to the February 22, 2007, findings and recommendations.

18            Good cause appearing, IT IS HEREBY ORDERED that plaintiff's objections to

19  the February 22, 2007, findings and recommendations are due on or before April 16, 2007.

20  DATED: 3/26/07

21                                       /s/ Gregory G. Hollows
                                         _____
22                                       UNITED STATES MAGISTRATE JUDGE

23  rich393.eot

24

25

26

                                       1