UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

OCT 24 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

DEWAYNE MCGEE RICHARDSON,

    Plaintiff - Appellant,

v.

D. L. RUNNELS; et al.,

    Defendants - Appellees,

  and

H. WAGNER, CC II, Appeals Coordinator; et al.,

    Defendants.

No.  07-16736

D.C. No.  CV-04-00393-MCE ~~GGH~~ (pc)

**ORDER**

This appeal has been taken in good faith   [ ✓ ]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

Judge
United States District Court

Date: 10.24.07