IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE MCGEE RICHARDSON,

    Plaintiff,　　　　　　　　　No. CIV S-04-0393 MCE GGH P

  vs.

R.L. RUNNELS, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

        On January 12, 2010, the Ninth Circuit remanded this action for trial. According to the order of the Ninth Circuit, plaintiff is now represented by Cynthia J. Larsen and Tara McManiba.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for March 25, 2010, at 2:00 p.m. before the Honorable Morrison C. England; jury trial is set for April 26, 2010, at 9:00 a.m. before the Honorable Morrison C. England;

/////

/////

---

[1] The court cannot locate Ms. McManiba on the California State Bar web site.

1

2. The Clerk of the Court shall serve this order on Cynthia J. Larsen, Orrick, Herrington, et al., 400 Capitol Mall, Suite 3000, Sacramento, CA, 95814; the Clerk shall also amend court record to reflect that Ms. Larsen is plaintiff's counsel.

DATED: February 10, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

rich393.sch