1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   DEWAYNE MCGEE RICHARDSON,

13              Plaintiff,                    No. CIV S-04-0393 MCE GGH P

14        vs.

15   R.L. RUNNELS, et al.,

16              Defendants.                   <u>ORDER</u>

17

18   _____/

19

20

21              On February 4, 2010, the Ninth Circuit Court of Appeals remanded this matter for

22   trial.  On appeal, plaintiff was represented by attorney Cynthia Larsen.

23              On February 11, 2010, this action was set for pretrial conference on March 25,

24   2010, and for jury trial on April 26, 2010.  The court assumed that attorney Larsen would

25   continue to represent plaintiff at trial.  However, on February 25, 2010, attorney Larsen filed a

26   declaration stating that she was appointed for purposes of the appeal only.

                                               1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court shall amend court records to reflect that plaintiff is no longer represented by attorney Larsen; plaintiff is now proceeding pro se;

2.  Given the above determination regarding Plaintiff's representation, attorney Larsen's proposed Motion Regarding Representation (Docket No. 63) is hereby denied as moot;

3.  The Clerk of the Court shall serve this order on attorney Larsen and on plaintiff, Dewayne McGee Richardson, T-32684, California State Prison-Sacramento, P.O. Box 290066, Represa, California, 95671-0066;

4.  The pretrial conference set for March 25, 2010, before the undersigned is vacated;

5. Plaintiff shall file his pretrial statement on or before March 19, 2010; defendants shall file their pretrial statement on or before March 26, 2010; the court will then issue a pretrial order;

6.  The jury trial set for April 26, 2010, is confirmed.

Dated:  February 26, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

rich393.ord(2)

2