IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEWAYNE MCGEE RICHARDSON,**  Plaintiff,  v.  **D.L. RUNNELS, et al.,**  Defendants. | Case No. 2:04-cv-0393 MCE GGH P  **ORDER** |

   Good cause appearing, the Court grants Defendants' request for an extension of time to file their pretrial statement as follows:

   Defendants shall file their pretrial statement on or before March 31, 2010.

   IT IS SO ORDERED.

Dated: March 29, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1