# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEWAYNE MCGEE RICHARDSON,

       Plaintiff,                    No. CIV S-04-0393 MCE GGH P

  vs.

R. L. RUNNELS, et al.,

       Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                                  /      **AD TESTIFICANDUM**

       Darryl Watts, inmate # C-28692, a necessary and material witness in trial proceedings in this case on April 26, 2010, is confined in High Desert State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by video-conferencing at High Desert State Prison, April 26, 2010, at 9:00 a.m..

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, High Desert State Prison, 475-750 Rice Canyon Road, PO Box 750, Susanville, California 96127-0750:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 2, 2010

                                                            /s/ Gregory G. Hollows

                                                            GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

GGH:kly
rich0393.841lkktch(2)