IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEWAYNE MCGEE RICHARDSON,

    Plaintiff,                     No. CIV S-04-0393 MCE GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

                                  /

        On April 27, 2010, plaintiff filed a motion for reconsideration and a motion for extension of time. This civil rights action was closed on April 27, 2010. Plaintiff's filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: July 13, 2010

                                         /s/ Gregory G. Hollows
                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

GGH:md
rich0393.58